IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DANIELY ALEXANDRA PEREZ-BETANCOURT | ) | CIVIL ACTION NUMBER |
| | ) | M-16-616 |
| vs. | ) | |
| | ) | CRIMINAL NUMBER |
| UNITED STATES OF AMERICA | ) | M-13-799-01 |

<u>ORDER OF DISMISSAL</u>

The Court, having adopted the conclusions in the Report and Recommendation of United States Magistrate Judge J. Scott Hacker in Order of even date herewith, is of the opinion that Movant's 28 U.S.C. § 2255 claims should be dismissed.

It is, therefore, ORDERED, ADJUDGED and DECREED that Movant's Motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED, Respondent's Motion to Dismiss is GRANTED, and this cause of action is hereby DISMISSED.

The Court further ORDERS that no Certificate of Appealability be issued.

The Clerk shall send a copy of this Order to Movant and Counsel for Respondent.

DONE on this 29th day of July, 2018, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE